**Order entered January 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00802-CV

### HOSSEIN S. NAMDARKHAN AND BARDIA NAMDARKHAN, Appellants

### V.

### GLAST, PHILLIPS & MURRAY, P.C., MARK C. ENOCH, MARK C. ENOCH, PC, AND MATTHEW ENOCH, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-00853**

## ORDER

Before the Court is the January 14, 2019 joint motion of appellants for an extension of time to file a joint brief.  We **GRANT** the motion and extend the time to **January 24, 2019**.

/s/      ERIN A. NOWELL
         JUSTICE